JUNE 4, 1984

No. 83–1745. SULLIVAN *v.* CONSOLIDATED RAIL CORPORATION. Sup. Ct. Ohio. Certiorari dismissed under this Court's Rule 53. 

No. 83–1526. KARCHER, SPEAKER, NEW JERSEY ASSEMBLY, ET AL. *v.* DAGGETT ET AL. Affirmed on appeal from D. C. N. J.

JUSTICE BRENNAN, with whom JUSTICE WHITE and JUSTICE MARSHALL join, dissenting.

For the reasons I stated when the Court denied the appellants' application for a stay of the District Court's order, *Karcher* v. *Daggett,* 466 U. S. 910, 911 (1984) (dissenting opinion), I would note probable jurisdiction and set the case for oral argument.